IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD O. HAYNES, | ) | No. C 10-5905 LHK (PR) |
| Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) | |
| WARDEN K. DICKINSON, | ) ) | |
| Respondent. | ) ) | |

An order of judgment is hereby entered DISMISSING this action for failure to state a claim without prejudice.

IT IS SO ORDERED.

DATED: 2/7/11

_____
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.10\Haynes905jud.wpd